UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                      )<br>                    Plaintiff,             )<br>                                                      )<br>           v.                                       )<br>                                                      )<br>                                                      )<br>TERRY T. RAYMOND,                )<br>                                                      )<br>                    Defendant.          )<br>_____) | CASE NO.   CR06-149 RSM<br><br>DETENTION ORDER |

Offense charged:

    Conspiracy to Distribute Heroin and Cocaine.

Date of Detention Hearing: September 6, 2006

    The Court, having conducted a uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Tate London for Sarah Vogel. The defendant was represented by Allen Ressler.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    There is probable cause to believe the defendant committed the drug offense. The maximum penalty is in excess of ten years. There is therefore a rebuttable presumption against the defendant's release based

upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

(2) The defendant is serving a state sentence.

(3) Due to the nature of the instant offense, defendant poses a risk of danger to the community.

(4) Defendant stipulates to detention at this time.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of September, 2006.

_____
MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DETENTION ORDER
PAGE -3-