Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>TERRY RAYMOND<br><br>     Defendant. | No. 06-00149 RSM<br><br>ORDER ON MOTION TO CORRECT JUDGMENT AND SENTENCE AND DIRECT ADJUDGMENT IN CUSTODY RELEASE DATE |

Terry Raymond, by and through his attorney Allen M. Ressler, having moved this Court for an Order Correcting Amended Judgment and Sentence and Clarification of In Custody Release Date, the Court having reviewed the records and files herein, having noted the stipulation of Assistant U.S. Attorney Sarah Vogel, and being otherwise fully advised, now, therefore,

IT IS HEREBY ORDERED:

The Amended Judgment and Sentence filed January 29, 2007 is hereby amended to accurately reflect this Court's order that Mr. Raymond's Federal incarceration shall run concurrent with the State's 18 month sentence imposed under Kitsap County Cause Number 06-9-00924-7 which began on April 14, 2006.

The Federal Bureau of Prisons is directed to adjust the release date of Terry Raymond accordingly.

DATED: February 11, 2008.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

RESSLER & TESH PLLC
821 2nd Avenue, Penthouse Suite
Seattle, Washington 98104-1540
Office (206) 388-0333
Fax: (206) 388-0197